IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-00169-D

| | |
|---|---|
| **Quiana Clady**, <br><br> Plaintiff, <br><br> v. <br><br> **Highland Paving Co., LLC & Jeffery Brian Stewart,** <br><br> Defendants. | **Order** |

Defendants Highland Paving Co., LLC and Jeffery Brian Stewart have both asked the court to require Plaintiff Quiana Clady to respond to their discovery requests. Highland served its requests on Clady's counsel in July 2021 and Stewart served his in August 2021. To date neither party has received a response.

Clady is now proceeding pro se. She has not filed a notice of representation or had a new attorney appear on her behalf, despite the court ordering her to do so. *See* Order Granting Motion to Withdraw, D.E. 21. Mail sent by the court to Clady at her last known address has been returned as undeliverable. D.E. 22. Mail sent by defense counsel to Clady at her last known address has not been responded to. Highland Motion to Compel ¶ 7, D.E. 23; Stewart Motion to Compel ¶ 7, D.E. 25. Clady also failed to respond to the motions to compel.

After reviewing the motions to compel, the court grants them both. D.E. 23, 25. Clady must fully and completely respond to the discovery requests and produce the requested documents no later than 21 days after the entry of this order. Each party shall bear their own costs.

Clady should be aware that if she does not comply with this order, the court may sanction her by, among other things, dismissing her case.

Dated: December 21, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge