UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| QUIANA CLADY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HIGHLAND PAVING COMPANY, LLC, and ) <br> JEFREY BRIAN STEWART, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:21-CV-169-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motions to dismiss [D.E. 29, 32] and DISMISSES WITH PREJUDICE plaintiff's complaint.

**This Judgment Filed and Entered on April 14, 2022, and Copies To:**

| | |
|---|---|
| Quiana Clady | (Sent to 3867 Ledyard St. West Lafayette, IN 47906 via US Mail) |
| George Bryan Adams, III | (via CM/ECF electronic notification) |
| John D. Boutwell | (via CM/ECF electronic notification) |

DATE:  
April 14, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk